UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIAN ADAMS, | : | **CIVIL NO. 4:07-CV-1103** |
| Plaintiff | : | (Judge Jones) |
| v. | : | (Magistrate Judge Smyser) |
| CHARLES KELLAR and CITY OF HARRISBURG, | : | |
| Defendants | : | |

## REPORT AND RECOMMENDATION

Pursuant to the Orders of September 8, 2009 and October 9, 2009, this case was referred to me to oversee the completion of discovery. By Order of this date, the pending discovery related motions have been decided and discovery has been closed.

Accordingly, it is recommended that the court set a deadline for dispositive motions, schedule a pretrial conference and schedule a trial.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: December 18, 2009.